## JOHN ANDERSON *versus* HARRIS H. HICKMAN

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring body *p. 441; (2) recognizance, declaration filed, rule to plead *p. 464; (3) cognovit, judgment *p. 496.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) subpoena; (5) precipe for execution ca. sa.; (6) ca. sa. and return; (7) promissory note.

*Office Docket*, MS p. 8, c. 4; p. 36, c. 8; p. 51, c. 4.

## UNITED STATES *versus* ANTOINE MORAS

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1815): *Journal 2:* (1) Continued *p. 441.
PAPERS IN FILE: [None]

## UNITED STATES *versus* ANTOINE DEQUINDRE

JOURNAL ENTRIES (1815): *Journal 2:* (1) Continued *p. 441; (2) plea, jury trial, verdict *p. 471; (3) sentence *p. 478.

PAPERS IN FILE: (1) Recognizance to appear; (2) indictment; (3) capias sur indictment; (4) capias and return.

*Office Docket*, MS p. 9, c. 9.

## JACOB VISGER *versus* ALEXIS DELISLE

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Return non est, alias ordered, continued *p. 441; (2) appearance *p. 661.

PAPERS IN FILE: [None]

*Office Docket*, MS p. 10, c. 11.